SULLIVAN J. BILLINGTON, Respondent, v. CITY OF SYRACUSE and Others Appellants.— Motion granted and appeal dismissed, with costs.

ALLEN C. WOOD and Others, Respondents, v. DOCK AND MILL COMPANY, Appellant.— Motion granted and order dismissing appeal vacated.

MAGNUS ANDERSON, Respondent, v. EARL B. NEWBERRY and Others, Appellants.— Motion granted and appeal dismissed, with costs.

MABEL H. CHAMBERLAIN, Respondent, v. WALTER W. CHAMBERLAIN, Appellant.— Interlocutory and final judgments, so far as appealed from, and orders affirmed, with costs. All concur.

AMELIA MATHEIS, as Administratrix, etc., of AUGUST MATHEIS, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

MAYME T. SMITH, Appellant, v. CLIFFORD SMITH, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, allowing to plaintiff counsel fee of seventy-five dollars and alimony of seven dollars per week. All concur.

WELCOME B. PRICE and Another, Appellants, v. WILLIAM H. TOMPKINS and Another, as Executors, etc., Respondents.— Judgment affirmed, with costs. All concur.

ALBERT G. MOSHER, Respondent, v. ESTELLA BLANCHARD and Another, Appellants.— Judgment reversed, with costs, upon the law and facts, and judgment directed for the defendants dismissing the complaint, with costs. All of the findings of fact from the 5th to the 16th, both inclusive, are disapproved and reversed, and in lieu thereof this court finds and decides that the plaintiff failed to make out a cause of action by clear, convincing and satisfactory evidence, and particularly to establish by the greater weight of evidence that George Green made an agreement, either orally or in writing, conveying or agreeing to convey to the plaintiff the right of way described in the complaint on the north side of said farm or elsewhere, over and across the same, or conveyed or agreed to convey any right, title or interest in or to said farm. All the conclusions of law are reversed and in lieu thereof this court finds and decides that the complaint should be dismissed, with costs. All concur, except Clark, J., who dissents and votes for affirmance.

VICTOR DI MARCO, an Infant, by SAMUEL DI MARCO, His Guardian ad Litem, Respondent, v. TAYLOR & CRATE, Appellant.— Judgment and order affirmed, with costs. All concur.

THE LEHIGH VALLEY RAILROAD COMPANY, Appellant, v. JOSEPH F. KALB and Another, Individually and as Executors, etc., of KATHERINE M. KALB, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

JOHN W. KINNEY, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order denying motion for new trial on the minutes of the court affirmed, with costs. Order granting an additional allowance of costs reversed, with ten dollars costs. All concur.